# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| **v.** | : | |
| **ROBERT EARL MARTIN** | : | **No. 98-178** |

**ORDER**

AND NOW, this 30th day of July 2012, upon consideration of the Motion for New Trial (paper no. 118) and the Government's Reply thereto (paper no. 119), for the reasons stated in the memorandum of today's date, it is **ORDERED** that:

The Motion for New Trial (paper no. 118) is **DENIED** as untimely.

/s/ Norma L. Shapiro

J.