#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 98-178** |
| | : | |
| **ROBERT EARL MARTIN** | : | |

## ORDER

**AND NOW**, this 2nd day of June 2020, upon considering the Defendant's *pro se* Motion to vacate (ECF Doc. No. 143) our February 28, 2020 Order (ECF Doc. No. 138) dated on March 16, 2020 but not docketed until May 26, 2020 due to COVID-19 mitigation resulting in stay-in-place orders affecting mail processing in our Clerk of Court's office, Defendant's April 13, 2020 letter request for status (ECF Doc. No. 144) also docketed on May 26, 2020, for good cause, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Defendant's Motion (ECF Doc. No. 143) is **DENIED** and his letter request for a status (ECF Doc. No. 144) is moot; and,

2. The United States shall serve a copy of this Order and accompanying Memorandum on Robert Earl Martin USM #39869-066 at SCI Butner Medium II no later than **June 3, 2020** and file a certificate of service confirming compliance no later than **June 8, 2020** including notifying the Court should the service return as undeliverable.

*[signature]*
**KEARNEY, J.**