IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 98-178 |
| | : | |
| ROBERT EARL MARTIN | : | |

## ORDER

**AND NOW**, this 13th day of July 2020, upon considering the Petitioner's Motion for compassionate release (ECF Doc. No. 148), supplement (ECF Doc. No. 150), Counsel's Motions for release (ECF Doc. Nos. 161, 166), the United States' Response (ECF Doc. No. 167), Petitioner's Reply (ECF Doc. No. 168), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motions for compassionate release (ECF Doc. Nos. 148, 161, 166) are **DENIED**.

KEARNEY, J.