# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 98-178** |
| | : | |
| **ROBERT EARL MARTIN** | : | |

## ORDER

**AND NOW**, this 14th day of September 2021, upon considering Defendant's pro se Motion for compassionate release (ECF Doc. No. 179), the United States' Response (ECF Doc. No. 183), Defendant's Reply (ECF Doc. No. 187), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 179) is **DENIED**.

_____
**KEARNEY, J.**